**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

ENES ABAK,

Petitioner,

v. No. 1:26-cv-01327-MLG-GJF

MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security; et al.,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING PETITIONER'S IMMEDIATE RELEASE**

This matter is before the Court on Petitioner Enes Abak's Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, Doc. 1. The Court, having considered the Petition, having held a hearing on August 26, 2026, and being otherwise fully informed, finds that it is well-taken and should be granted.

For the reasons stated on the record during the August 26, 2026, hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026) and *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), the Court grants the Petition.

Abak shall be released within forty-eight hours of the entry of this Order. He shall be released with all identification documentation that he possessed on his person when detained by Respondents in November 2025 along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA